United States Bankruptcy Court

Middle District of Florida

In re: Case No. 21-04244-KSJ
Eddie Javier Andino Otero Chapter 7
Joisca Zarim Camacho Agosto
    Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-6        User: jmontero        Page 1 of 2
Date Rcvd: Sep 21, 2021        Form ID: 309A        Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eddie Javier Andino Otero, Joisca Zarim Camacho Agosto, 510 Snail Kite Ave, Saint Cloud, FL 34772-7084 |
| 29701373 | + | Aldous and Associates, PLLC, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117-1374 |
| 29701380 | + | Nathan A Schwartz PA, 5255 North Federal Highway, Ste 305, Boca Raton, FL 33487-4913 |
| 29701382 | + | Nuestra Coop, P O Box 9061, Santurce, PR 00908-0061 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: wfbenenati@gmail.com | Sep 21 2021 21:12:00 | Walter F Benenati, Walter F Benenati, Credit Attorney PA, 2702 E Robinson Street, Orlando, FL 32803 |
| tr | + | EDI: BRBWEBBER | Sep 22 2021 01:13:00 | Richard B Webber, Post Office Box 3000, Orlando, FL 32802-3000 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 21 2021 21:13:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 29701374 | + | Email/Text: wmagner@beaconfunding.com | Sep 21 2021 21:13:00 | Beacon Funding Corporation, 3400 Dundee Road, Ste 180, Northbrook, IL 60062-2367 |
| 29701375 | + | EDI: CAPITALONE.COM | Sep 22 2021 01:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29701379 | + | EDI: CITICORP.COM | Sep 22 2021 01:13:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 29701378 | | Email/Text: jill@ffcc.com | Sep 21 2021 21:13:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 29701376 | + | EDI: BLUESTEM | Sep 22 2021 01:13:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 29701377 | + | Email/Text: bankruptcy@firstelectronic.com | Sep 21 2021 21:14:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 29701371 | | EDI: FLDEPREV.COM | Sep 22 2021 01:13:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 29701372 | | EDI: IRS.COM | Sep 22 2021 01:13:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 29701381 | | Email/Text: bankruptcy@nationalcreditsystems.com | Sep 21 2021 21:13:00 | National Credit Systems, Inc., Attn: Bankruptcy, Po Box 312125, Atlanta, GA 31131 |
| 29701370 | | Email/Text: taxbankruptcy@osceola.org | Sep 21 2021 21:13:00 | Osceola County Tax Collector, Post Office Box |

| District/off: 113A-6 | User: jmontero | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: 309A | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 29701384 | Email/Text: pfcu.bankruptcy@partnersfcu.org | | | 422105, Kissimmee FL 34742-2105 |
| | | | Sep 21 2021 21:13:00 | Partners Federal Credit Union, Attn: Bankruotcy, Po Box 10000, Lake Buena Vista, FL 32830 |
| 29701383 | Email/Text: pfcu.bankruptcy@partnersfcu.org | | Sep 21 2021 21:13:00 | Partners Federal Credit Union, Attn: Bankruptcy, Po Box 10000, Lake Buena Vista, FL 32830 |
| 29701386 | EDI: STF1.COM | | Sep 22 2021 01:13:00 | Suntrust Bank, P O Box 305183, Nashville, TN 37230-5183 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29701385 | *P++ | PARTNERS FEDERAL CREDIT UNION, 13705 INTERNATIONAL DRIVE SOUTH, ORLANDO FL 32821-5411, address filed with court:, Partners Federal Credit Union, Attn: Bankruptcy, Po Box 10000, Lake Buena Vista, FL 32830 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Richard B Webber | F001@ecfcbis.com  rschohl@zkslawfirm.com;rwebber@zkslawfirm.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |
| Walter F Benenati | on behalf of Debtor Eddie Javier Andino Otero wfbenenati@gmail.com alazo@777lawfirm.com;chb@777lawfirm.com;cpadilla@777lawfirm.com;denisse@777lawfirm.com;irene@777lawfirm.com;miranda@777lawfirm.com;irene@777lawfirm.com |
| Walter F Benenati | on behalf of Joint Debtor Joisca Zarim Camacho Agosto wfbenenati@gmail.com alazo@777lawfirm.com;chb@777lawfirm.com;cpadilla@777lawfirm.com;denisse@777lawfirm.com;irene@777lawfirm.com;miranda@777lawfirm.com;irene@777lawfirm.com |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Eddie Javier Andino Otero | Social Security number or ITIN | xxx–xx–7775 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Joisca Zarim Camacho Agosto | Social Security number or ITIN | xxx–xx–8619 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Florida | Date case filed for chapter 7 | 9/20/21 |
| Case number: | 6:21–bk–04244–KSJ | | |

## Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eddie Javier Andino Otero | Joisca Zarim Camacho Agosto |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 510 Snail Kite Ave<br>Saint Cloud, FL 34772 | 510 Snail Kite Ave<br>Saint Cloud, FL 34772 |
| 4. | **Debtor's attorney**<br>Name and address | Walter F Benenati<br>Walter F Benenati, Credit Attorney PA<br>2702 E Robinson Street<br>Orlando, FL 32803 | Contact phone (407) 777–7777<br><br>Email: wfbenenati@gmail.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Richard B Webber<br>Post Office Box 3000<br>Orlando, FL 32802 | Contact phone (407) 425–7010 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Debtor **Eddie Javier Andino Otero** and **Joisca Zarim Camacho Agosto**     Case number **6:21–bk–04244–KSJ**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse 400 West Washington Street. Suite 5100 Orlando, FL 32801 | Hours open: Monday – Friday 8:30 AM – 4:00PM  Contact phone 407–237–8000  Date: September 21, 2021 |
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **October 28, 2021 at 09:50 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Meeting will be held telephonically**  Trustee: Richard B Webber Call in number: 877–642–9956 Passcode: 8787218 |
| | *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | | |
| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** December 27, 2021 |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |